(SPACE BELOW FOR FILING STAMP ONLY)

1  RICHARD S. ROSENBERG, SBN 77948
   rrosenberg@brgslaw.com
2  JEFFREY P. FUCHSMAN, SBN 105651
   jfuchsman@brgslaw.com
3  BALLARD ROSENBERG GOLPER & SAVITT, LLP
   500 North Brand Boulevard, Twentieth Floor
4  Glendale, California 91203-9946
   Telephone:  (818) 508-3700
5  Facsimile:   (818) 506-4827

6  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION

7

JS-6

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  JAMES PATRICK,                         Case No. CV12-8429 DMG (RZx)

12            Plaintiff,                    **ORDER OF DISMISSAL WITHOUT
                                            PREJUDICE OF LAWSUIT
13       vs.                                PURSUANT TO STIPULATION OF
                                            THE PARTIES [7]**
14  LOCKHEED MARTIN
    CORPORATION dba LOCKHEED
15  MARTIN AERONAUTICS
    COMPANY, and Does 1 through 10,
16
             Defendants.
17

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

BALLARD ROSENBERG GOLPER & SAVITT, LLP
500 NORTH BRAND BOULEVARD, TWENTIETH FLOOR
GLENDALE, CALIFORNIA 91203-9946

426646.1

## <u>ORDER</u>

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).  The parties are to bear their own costs and attorney's fees.

Dated: October 16, 2012

DOLLY M. GEE
**United States District Judge**

APPROVED AS TO FORM AND CONTENT:

DATED:   <u>10/4/12</u>

By:                              /s/
     GRANT BEUCHEL
Attorneys for Plaintiff
JAMES PATRICK

DATED:   <u>10/9/12</u>                BALLARD ROSENBERG GOLPER & SAVITT, LLP

By:                              /s/
     JEFFREY P. FUCHSMAN
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

BALLARD ROSENBERG GOLPER & SAVITT, LLP
500 NORTH BRAND BOULEVARD, TWENTIETH FLOOR
GLENDALE, CALIFORNIA 91203-9946